UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:18-cv-1220 AC P |
| Petitioner, | |
| v. | ORDER |
| JUAN ACOSTA, | |
| Respondent. | |

Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

In his application, petitioner challenges his indefinite detention as a result of proceedings initiated by United States Immigration and Customs Enforcement. ECF No. 1. Petitioner is being detained in Miami. Id. "[A] habeas petition filed pursuant to § 2241 must be heard in the custodial court." Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir. 2000) (citations omitted). In this case, the custodial court is the United States District Court for the Southern District of Florida. 28 U.S.C. § 89(c).

In accordance with the above, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis; and

////

1

2. This matter is transferred to the United States District Court for the Southern District of Florida.

DATED: May 24, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE